# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

# JUDGE PHILIP A. BRIMMER

# COURTROOM MINUTES

| | |
|---|---|
| Courtroom Deputy: Kathy Preuitt-Parks | Date: April 23, 2010 |
| Court Reporter: Janet Coppock | Time: 36 minutes |
| Probation Officer: Caryl Ricca | Interpreter: n/a |

**CASE NO. 10-CR-00027-PAB**

| Parties | Counsel |
|---|---|
| **UNITED STATES OF AMERICA,** | Pageen Rhyne |
| | Special Agent Trist Merz |
| Plaintiff, | |
| vs. | |
| **1. LANCE WHEELER,** | Gary Lozow |
| Defendants. | |

# SENTENCING

**11:42 a.m.**     **COURT IN SESSION**

APPEARANCES OF COUNSEL. Defendants are present and on bond.

**ORDERED:** The statement of facts in the Plea Agreement and the Presentence Report are not disputed by the parties and are adopted in the Court's factual findings in this case. The report is incorporated by reference as part of the Court's findings and conclusions.

Mr. Lozow addresses the enhancement recommended in the presentence investigation report, defendant's Motion for Non-Guideline (Variance) Sentence (Doc #18), filed 4/6/10 and sentencing. Questions by the Court.

Ms.Rhyne addresses the enhancement, defendant's Motion for Non-Guideline (Variance) Sentence and sentencing.

Defendant addresses the Court.

Statement by the Court regarding defendant's offense level, criminal history level and sentencing guidelines range.

Court states its findings and conclusions.

**ORDERED:** The enhancement recommended in the presentence investigation report is not applicable.

**ORDERED:** Defendant's Motion for Non-Guideline (Variance) Sentence (Doc #18), filed 4/6/10 is **GRANTED**.

Defendant entered his plea on **February 4, 2010** to count **One of the Information.**

**ORDERED:** Defendant's plea of guilty is **ACCEPTED.**

Court considers statutory factors of 18 USC § 3553(a) in arriving at sentence.

**ORDERED:** Defendant shall be placed on probation for a period of **5** years.

**ORDERED: Conditions** of Probation are that:
- (**X**) Defendant shall not commit another federal, state or local crime.
- (**X**) Defendant shall not illegally possess controlled substances.
- (**X**) Defendant shall not possess a firearm or destructive device.
- (**X**) Defendant shall comply with standard conditions recommended by U.S. Sentencing Commission.
- (**X**) Defendant shall refrain from the unlawful use of a controlled substance and submit to one drug test within 15 days of sentencing and at least two periodic drug tests thereafter for use of a controlled substance.
- (**X**) Mandatory drug testing provisions of 18 U.S.C. § 3583(d) are WAIVED because defendant has not shown any evidence of drug use.
- (**X**) Defendant shall cooperate in the collection of a DNA sample from the defendant as directed by the probation officer.

**ORDERED:** **Special Condition** of Probation are that:
- (**X**) The defendant shall file tax returns for the years 2001 through 2004, and shall cooperate with the Internal Revenue Service (IRS) in the determination of his tax liability for 2005 and 2006. He shall develop a payment schedule with the IRS to pay all taxes, penalties and interest owed to the IRS. He shall comply with all rules and regulations of the IRS.
- (**X**) Defendant shall also develop a payment schedule with the IRS to pay all taxes and shall on or before **June 15, 2010**, shall develop a schedule in order to pay such taxes and he shall in good faith make payments on that schedule.
- (**X**) Defendant shall not incur new credit charges or open additional lines of credit without the approval of the probation officer, unless the defendant is in compliance with the installment payment schedule as arranged by the Internal Revenue Service.
- (**X**) Defendant shall comply with the terms and conditions for payment of the special assessment, restitution or fine imposed by this judgment.
- (**X**) Defendant shall pay any **special assessment, restitution, fine** that is imposed by this judgment, and that remains unpaid at the commencement of the term of probation.

**ORDERED:** Defendant shall pay **$100.00** to **Crime Victim Fund** (Special Assessment), to be paid immediately.

**ORDERED:** **No fine** is imposed because defendant has no ability to pay a fine.

**ORDERED:** Costs of probation are WAIVED.

**ORDERED:** Defendant advised of right to appeal. Any notice of appeal must be filed within 10 days.

**ORDERED:** A copy of the presentence report shall be forwarded to the U.S. Bureau of Prisons and the U.S. Sentencing Commission.

**ORDERED:** Bond exonerated.

**12:18 p.m.** **COURT IN RECESS**

**Total in court time:** **36 minutes**

**Hearing concluded**